1  KEITH H. RUTMAN (CSB 14175)
   501 West Broadway, Ste 1650
2  San Diego, California 92101-3541
   Telephone: (619) 237-9072
3  Facsimile: (760) 454-4372
   E-mail: krutman@krutmanlaw.com
4
   Attorney for Defendant
5  AILYN SOTO

                   UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF CALIFORNIA
                     (Hon. Gonzalo P. Curiel)

| UNITED STATES OF AMERICA, | Case No. 21cr2703-GPC |
|---|---|
| Plaintiff, | |
| v. | MOTION TO ALLOW DEFENDANT TO MOVE TO MEXICO |
| AILYN SOTO, | |
| Defendant. | DATE: 6/24/22 @ 2:30 pm<br>COURTROOM 2D |

Defendant, AILYN SOTO, by and through her attorney, respectfully moves the Court to allow her to move to Sinaloa, Mexico for the reasons stated in her attached letter.

Justin Garcia, her probation officer, was contacted by defense counsel regarding this request, and he is opposed for the reasons set forth in his attached email.

Additionally, Assistant United States Attorney Carlos Arguello was contacted by defense counsel regarding this request, and he is opposed as well.

This motion was previously, and erroneously filed in 21cr2213-GPC.

Dated: May 27, 2022            s/Keith H. Rutman
                               KEITH H. RUTMAN
                               Attorney for Defendant
                               AILYN SOTO
                               Email: krutman@krutmanlaw.com

## Keith Rutman

| | |
|---|---|
| **From:** | Keith Rutman |
| **Sent:** | Wednesday, May 25, 2022 1:02 PM |
| **To:** | jenny_ulloa@cacp.uscourts.gov |
| **Cc:** | Carlos.Arguello2@usdoj.gov |
| **Subject:** | 3:21-cr-02213-GPC USA v. Soto |
| **Importance:** | High |

petition to the judge for relocation to Sinaloa.  Pls advise of your position


Hi, good afternoon. I'm Ailyn Maria Soto. I sent you the information to ask the court if you can relocate me to Sinaloa.
Address: Alfonso xll 3641, 80059 sin., Mexico
People who live in my house.
Mother: Ana Karina Angulo Lopez 05/10/1975. Grandmother: María Teresa López Leyva 02/10/1952. Grandfather: Trinidad Angulo Sandoval 11/28/1951  Younger sister: Nayeli Soto 04/27/2005
My probation supervisor is: Jenny Ulloa
By means of the present and in the most attentive way, I, Ailyn Maria Soto, am 19 years old and I ask the judge to relocate to Sinaloa, Mexico, and to be able to complete my legal procedures before the government of the United States of America, and the reasons why which I am asking for are:
1.- I do not feel comfortable or with the due confidence in my relative's home where I am currently living I do not have the means to rent an apartment I have no more family to go to in the United States of America.
2.- I want to finish my university studies in the state of Sinaloa, Mexico, to be a better person in Society.
3.- I have my business in a water purifier with which I pay my studies.
4.- Being currently living in the United States of America has made it very difficult for me since it is a new city for my other language separated from my family since I have always lived with my family and being away from them has caused me a antidepressant picture for days self-esteem does not let me see beyond myself and I feel the need to receive psychological help since all this has been very hard for me.
5.- So when I was in Sinaloa, Mexico, I went to medical appointments since I have type 2 obesity and was going to have a bariatric operation to improve my health. Lately, I felt a lot of abdominal pain, so I need to know how my health is.
I would appreciate it from the bottom of my heart if you give me the opportunity, Mr. Judge, to finish my studies with my family and to be able to hug them again.
I promise under oath to report as I have done until today and my loyalty will remain firm.
thanks in advance receive a cordial greeting
attentively:
Ailyn soto

**Keith Rutman**

| | |
|---|---|
| **From:** | Justin Garcia <Justin_Garcia@casp.uscourts.gov> |
| **Sent:** | Tuesday, May 31, 2022 10:42 AM |
| **To:** | Keith Rutman; Jenny Ulloa |
| **Cc:** | Carlos.Arguello2@usdoj.gov |
| **Subject:** | RE: 3:21-cr-02213-GPC USA v. Soto |

Good morning,

Mr. Rutman, this is an uncommon request that required further staffing with my Supervisor. Yesterday was a federal holiday and I was on pre-approved leave on Friday. I hope you understand the nature of this delay.

As for the request, our Office does not allow persons under supervision to reside in the interior of Mexico as we are unable to conduct regular supervision activities or expect that an individual will report regularly (or timely) for supervision related requirements, especially when their location would require a flight rather than a simple commute by motor vehicle. We are happy to work with Ms. Soto by approving a residence within the Southern District of California or in a location near the U.S./Mexico border. We have many individuals who reside in areas such as Tijuana, Mexicali, etc. Ms. Soto has relayed she has extended family in Mexicali and as I previously informed her, I am happy to investigate that option as a possible residence. Alternatively, if the Court is inclined to grant a 120-day non-punitive stay at the Residential Re-entry Center, we can further work with Ms. Soto to find housing and other resources locally so she may become independent during the remainder of her term of supervision. Please let me know if you have any questions or concerns, thank you.



**Justin Garcia**
U.S. Probation Officer
Southern District of California
101 West Broadway, Ste. 700
San Diego, CA 92101
Office: 619-557-2643
Cell: 619-261-5797
Fax: 619-615-6062

**From:** Keith Rutman <krutman@krutmanlaw.com>
**Sent:** Tuesday, May 31, 2022 6:38 AM
**To:** Jenny Ulloa <Jenny_Ulloa@cacp.uscourts.gov>
**Cc:** Carlos.Arguello2@usdoj.gov; Justin Garcia <Justin_Garcia@casp.uscourts.gov>
**Subject:** RE: 3:21-cr-02213-GPC USA v. Soto

**CAUTION - EXTERNAL:**

Justin: I am still awaiting your response. Pls get back to me today

Thank you.

Keith H. Rutman, Esq.
Attorney at Law

1